*In re* Junta de Educación Jurídica Continua.

*Número:* EN-2015-3          *Resuelto:* 10 de diciembre de 2015

## RESOLUCIÓN

En virtud del poder inherente del Tribunal Supremo de Puerto Rico para regular el ejercicio de la abogacía y al amparo de la Regla 8 del Reglamento de Educación Jurídica Continua aprobado el 30 de junio de 1998, según enmendado, 4 LPRA Ap. XVII-D, se nombran a los y las profesionales del Derecho siguientes como miembros de la Junta de Educación Continua, quienes rendirán sus servicios *ad honorem*:

Hon. Jorge L. Toledo Reyna
Hon. Gerardo A. Flores García

Hon. Franklin Avilés Santa
Lcdo. José Luis Miranda de Hostos
Lcdo. José Antonio Fernández Jaquete
Lcdo. Ángel Cintrón García
Lcda. Reina M. Tejeda Cordero
Lcda. Arytza Martínez Rivera

El Hon. Franklin Avilés Santa y el Lcdo. José Antonio Fernández Jaquete desempeñarán sus cargos por un término de cinco años. El Lcdo. José Luis Miranda de Hostos y la Lcda. Arytza Martínez Rivera desempeñarán sus cargos por un término de cuatro años. Los honorables Jorge L. Toledo Reyna y Gerardo A. Flores García desempeñarán sus cargos por tres años. El Lcdo. Ángel Cintrón García y la Lcda. Reina M. Tejeda Cordero desempeñarán sus cargos por dos años.

Finalmente, agradecemos el desempeño y los años de servicio que rindieron quienes formaron parte de la Junta de Educación Continua:

Dr. Efraín González Tejera, qepd
Hon. Luis Roberto Piñero González
Lcdo. José Alberto Morales Rodríguez
Prof. Roberto Aponte Toro
Hon. Roberto José Sánchez Ramos
Lcda. Tamara Sosa Pascual
Lcdo. Mario R. Oronoz Rodríguez
Lcda. Angélica Toro Lavergne
Lcda. Carmen Mora Ruiz
Lcda. María D. Trelles Hernández

*Esta Resolución tendrá vigencia de inmediato. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Rodríguez Rodríguez no intervino. La Jueza Asociada Oronoz Rodríguez no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*